UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
and THE STATE OF FLORIDA,
*ex rel.* DR. SANTOSH POTDAR,

    Plaintiffs,	Case No. 8:18-cv-01928-T-02 SPF

    v.	**FILED *EX PARTE*
AND UNDER SEAL**

HCA HEALTHCARE, INC.
HCA HEALTH SERVICES OF FLORIDA, INC.
ACCESS HEALTH CARE, LLC
HCA-ACCESS HEALTHCARE HOLDINGS, LLC
HCA-ACCESS HEALTHCARE PARTNER, INC.
ACCESS 2 HEALTH CARE PHYSICIANS, LLC
ACCESS HEALTH CARE PHYSICIANS, LLC
ACCESS MANAGEMENT CO., LLC
OAK HILL HOSPITAL and
PARIKSITH SINGH

    Defendants.
_____ /

## **ORDER**

This cause comes before the Court on the *United States' Notice of Election to Decline Intervention,* whereby the United States has given notice of its decision to decline intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). Upon consideration thereof, it is hereby **ORDERED:**

    1. The Complaint shall be unsealed and served upon the defendants.

    *2.* All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for this Order, the *United*

*States' Notice of Election to Decline Intervention,* and the *State of Florida's Notice of Non- Intervention,* which the relator will serve upon the defendants only after service of process has been effected on the defendants.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

*4.* Any party who files or otherwise serves a pleading, motion, notice or other paper in this action shall also serve a copy of such document upon counsel for the United States, as provided for in 31 U.S.C. § 3730(c)(3).

As also provided therein, the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time. *See id.*

5. A copy of all Orders, Notices, and any other papers entered in this case by the Court shall be sent to counsel for the United States.

6. Before proposing that this action be dismissed, settled or otherwise discontinued, the relator or the defendants shall first solicit the written consent of the United States.

**DONE and ORDERED** in Chambers in Tampa, Florida, April 14, 2020.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:

| | |
|---|---|
| Carolyn B. Tapie<br>United States Attorney's Office<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602<br><br>*Attorney for the United States* | Jill Bennett, Esq.<br>Assistant Attorney General<br>Florida Office of the Attorney<br>Medicaid Fraud Control Unit<br>Complex Civil Enforcement Bureau<br>PL-01, The Capitol<br>Tallahassee, FL 32399<br><br>*Attorney for the State of Florida* |
| Gordon Schnell, Esquire<br>Phillip Brown, Esquire<br>Constantine Cannon LLP<br>335 Madison Avenue, 9th Floor<br>New York, NY 10017<br><br>Hallie Noecker, Esquire<br>Constantine Cannon LLP<br>150 California Street, Suite 1600<br>San Francisco, CA 94111<br><br>Jesse L. Hoyer, Esquire<br>Sean Estes, Esquire<br>Hoyer Law Group<br>2801 West Busch Blvd.<br>Suite 200<br>Tampa, FL 33618<br><br>*Attorneys for the Relator* | |